IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00031-RPM

DARCY LEE HOLM and
DONNA MARIE HOLM,

        Plaintiffs,

v.

DAVID KIRK LORENZEN and
THE VAIL CORPORATION,
d/b/a VAIL ASSOCIATES, INC., jointly and severally,

        Defendants.

_____

ORDER OF DISMISSAL OF THE FIRST, SECOND AND THIRD CLAIMS FOR RELIEF
AS TO DEFENDANT THE VAIL CORPORATION
_____

Upon consideration of the allegations of the complaint, the motion to dismiss filed by The Vail Corporation on April 17, 2007, for dismissal of certain claims pursuant to Fed.R.Civ.P. 12(b)(6), the plaintiffs' response and the moving defendant's reply, it is

ORDERED that the first, second and third claims for relief are dismissed as to the defendant The Vail Corporation and it is

FURTHER ORDERED that the motion to dismiss is denied as to the other claims.

DATED: May 23rd, 2007

                                            BY THE COURT:
                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior Judge