IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00031-RPM

DARCY LEE HOLM and
DONNA MARIE HOLM,

    Plaintiffs,

v.

DAVID KIRK LORENZEN and
THE VAIL CORPORATION,
d/b/a VAIL ASSOCIATES, INC., jointly and severally,

    Defendants.

_____

ORDER DENYING MOTION OF DEFENDANT THE VAIL CORPORATION TO SET A DEADLINE FOR EXPERT DISCOVERY
_____

On March 26, 2008, the defendant The Vail Corporation filed a motion to set a deadline for expert discovery. This matter is pending on the defendant The Vail Corporation's motion for summary judgment. Expert discovery is not necessary for the determination of that motion and whether any expert discovery may eventually be necessary will be a matter later to be determined. Counsel are reminded that the purpose of expert disclosure under Fed.R.Civ. P. 26(a)(2) is to avoid the need for depositions of expert witnesses. It is

    ORDERED that the motion is denied.

    DATED: March 28th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge