IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: April 25, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki
_____

Civil Action No. 07-cv-00031-RPM

| | |
|---|---|
| DARCY LEE HOLM and | John K. Pineau |
| DONNA MARIE HOLM, | Ingrid J. DeFranco |

     Plaintiffs,

v.

| | |
|---|---|
| DAVID KIRK LORENZEN and | No appearance |
| THE VAIL CORPORATION, | Edwin P. Aro |
| d/b/a VAIL ASSOCIATES, INC., jointly and severally, | Anne H. Turner |

     Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**10:00 a.m.**     **Court in session.**

Court's preliminary remarks and its summary of the case.

| | |
|---|---|
| 10:03 a.m. | Argument by Mr. Aro [35]. |
| 10:37 a.m. | Argument by Ms. DeFranco. |
| 10:49 a.m. | Rebuttal argument by Mr. Aro. |

Court's findings stated on record.

**ORDERED:**    Defendant's Vail Corporation's Motion for Summary Judgment, filed January 3, 2008 [35], is denied.

**ORDERED:**    Plaintiff's Unopposed Motion to Submit Missing Pages to Exhibits Attached Their Briefs In Opposition of Defendant's Motion for Summary Judgment and Notice of Errata, filed February 22, 2008 [40], is granted.

Discussion regarding expert discovery and scheduling.
**Court states experts regarding standard of care are excluded.**

**ORDERED:**    Pretrial conference scheduled May 16, 2008 at 10:00 a.m. The issue of any additional expert disclosures will be addressed at that time.

**11:10 a.m.**     **Court in recess.**     Hearing concluded. Total time: 1 hr. 10 min.