IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00031-RPM

DARCY LEE HOLM and
DONNA MARIE HOLM,

    Plaintiffs,

v.

DAVID KIRK LORENZEN and
THE VAIL CORPORATION,
d/b/a VAIL ASSOCIATES, INC., jointly and severally,

    Defendants.


**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/J. Chris Smith
 Deputy Clerk


    Pursuant to counsel's 5/28/2008 telephone notification that an agreement was reached regarding evidentiary issues to be heard at the scheduled hearing, the **10:00 a.m. on May 29, 2008,** hearing in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado is **vacated**. The Plaintiff's Motion for Telephone Testimony, filed May 23, 2008 [54], is moot.


DATED: May 29th, 2008