IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00031-RPM

DARCY LEE HOLM and
DONNA MARIE HOLM,

    Plaintiffs,

v.

DAVID KIRK LORENZEN and
THE VAIL CORPORATION,
d/b/a VAIL ASSOCIATES, INC., jointly and severally,

    Defendants.

_____

ORDER DENYING PLAINTIFFS' MOTION TO DISMISS CLAIMS ONE, TWO AND THREE
_____

On June 19, 2008, the plaintiffs filed an "Unopposed Motion to Dismiss claims One, Two, and Three" and certifying conferring with counsel for defendant The Vail Corporation. The motion also recites an inability to contact defendant David Kirk Lorenzen, a co-defendant on those claims. David Lorenzen filed an answer on April 4, 2007, in the form of a general denial of all claims against him. The defendant The Vail Corporation is also named as a defendant on those claims. Voluntary dismissal by the plaintiffs is not appropriate under Fed.R.Civ.P. 41(a) without a court order on terms that the court considers proper. There are no terms to the proposed dismissal which under the rule would be without prejudice. It is

ORDERED that the motion to dismiss claims one, two and three is denied.

DATED: June 23rd, 2008

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge