IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00031-RPM

DARCY LEE HOLM and
DONNA MARIE HOLM,

    Plaintiffs,

v.

DAVID KIRK LORENZEN and
THE VAIL CORPORATION,
d/b/a VAIL ASSOCIATES, INC., jointly and severally,

    Defendants.

_____

ORDER GRANTING MOTION FOR PROTECTIVE ORDER
_____

    Upon consideration of plaintiffs' Motion for Protective Order, filed June 26, 2008, and upon the finding and conclusion that the notice of deposition of David Ayers for July 3, 2008, in Florida, is unreasonable and contrary to the representations made by defendants' counsel at the pretrial conference concerning the availability of that witness, it is

    ORDERED that the Motion for Protective Order is granted.

    DATED: June 27th, 2008

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge