IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:              June 30, 2008
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 07-cv-00031-RPM

| | |
|---|---|
| DARCY LEE HOLM and | John K. Pineau |
| DONNA MARIE HOLM, | Ingrid J. DeFranco |

     Plaintiffs,

v.

| | |
|---|---|
| DAVID KIRK LORENZEN and | Edwin P. Aro |
| THE VAIL CORPORATION, d/b/a VAIL ASSOCIATES INC., | Annie T. Kao |
| jointly and severally, | |

     Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Reconsideration**

**3:28 p.m.**  **Court in session.**

Court's preliminary remarks.

Ms. Kao and Mr. Pineau states counsel have reached an agreement and resolved the dispute.

**ORDERED:** Defendant Vail Corporation's Motion for Reconsideration of Order Granting Motion for Protective Order, filed June 27, 2008 [66], is vacated and counsel shall proceed on terms as agreed.

**ORDERED:** Unopposed Motion to Dismiss Claims One, Two and Three with Prejudice is granted with respect to defendant Lorenzen.

Court advises counsel to comply with Rule 37 with respect to defendant Lorenzen.

Court states rulings on admissibility of evidence concerning defendant Lorenzen will be ruled on at trial.

**3:35 p.m.**  **Court in recess.**  Hearing concluded.  Total time 7 min.