IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00031-RPM

DARCY LEE HOLM and
DONNA MARIE HOLM,

    Plaintiffs,

v.

DAVID KIRK LORENZEN and
THE VAIL CORPORATION,
d/b/a VAIL ASSOCIATES, INC., jointly and severally,

    Defendants.

___

## ORDER DIRECTED TO DEFENDANT DAVID KIRK LORENZEN

On July 10, 2008, this Court issued an Order to Show Cause, directing Defendant David Kirk Lorenzen to show cause as to why his answer should not be stricken and default judgment entered against him, pursuant to the plaintiffs' motion for sanctions under Fed.R.Civ.P. 37, filed July 9, 2008. On this date, Defendant David Lorenzen contacted the staff of this Court to advise that he intends to appear and represent himself at trial beginning July 21, 2008. Mr. Lorenzen fails to apprehend the purpose and scope of the plaintiffs' motion for sanctions and this Court's Order to Show Cause. Mr. Lorenzen did not file a proper answer in this case, saying only that he was relying on Fifth Amendment privilege because of pending criminal charges. Addidtionally, Mr. Lorenzen has failed to appear in this court or to respond to discovery as required on numerous occasions. It is therefore

ORDERED that this order shall constitute notice to David Kirk Lorenzen that he will not be able to appear and defend himself at trial unless and until he files a timely response, due July 17, 2008, showing good cause why he should not be declared in default for his failure to participate in this litigation. It is

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 6 2008

GREGORY C. LANGHAM
CLERK

FURTHER ORDERED that this order shall be served upon Defendant David Kirk Lorenzen via Facsimile, Number (970) 926-0330.

DATED: July 16th, 2008

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge

# Fax

| | |
|---|---|
| **Name:** | David Kirk Lorenzen |
| **Organization:** | c/o Eve's Print Shop |
| **Fax:** | (970) 926-0330 |
| **From:** | Chambers of Senior Judge Richard P. Matsch, (303) 844-4627 |
| **Date:** | July 16, 2008 |
| **Re:** | 07-cv-00031, Order Directed to Defendant David Kirk Lorenzen |

Attached is a copy of the Order Directed to Defendant David Kirk Lorenzen entered by Senior Judge Richard P. Matsch today.