IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 8 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00031-RPM

DARCY LEE HOLM and
DONNA MARIE HOLM,

    Plaintiffs

v.

DAVID KIRK LORENZEN and
THE VAIL CORPORATION,
d/b/a VAIL ASSOCIATES, INC., jointly and severally,

    Defendants.

## ORDER FOR ENTRY OF DEFAULT AS TO DEFENDANT DAVID KIRK LORENZEN

On July 16, 2008, Defendant David K. Lorenzen, filed, by facsimlie transmission, a response to this Court's Order to Show Cause of July 10, 2008, and Order Directed to Defendant David Kirk Lorenzen, entered July 16, 2008. The response is not sufficient to establish any legitimate justification for the Defendant Lorenzen's repeated failures to appear during the progress of this litigation and his failure to respond to discovery. Pursuant to Fed.R.Civ.P. 37, it is

ORDERED that the answer filed by Defendant Lorenzen, *pro se*, on April 4, 2007, is stricken and Defendant David Kirk Lorenzen is now declared in default in this civil action  The trial scheduled to begin on July 21, 2008, will be limited to the plaintiffs' claims against the defendant The Vail Corporation, d/b/a Vail Associates, Inc. Notice of this order shall be forwarded to David K. Lorenzen via Facsimile, Number (970) 926-0330.

    DATED: July 18th, 2008

                              BY THE COURT:

                              Richard P. Matsch, Senior District Judge

# Fax

| | |
|---|---|
| Name: | David Kirk Lorenzen |
| | (970) 949-1806 |
| Organization: | c/o Eve's Print Shop |
| Fax: | (970) 926-0330 |
| From: | Chambers of Senior Judge Richard P. Matsch, (303) 844-4627 |
| Date: | July 18, 2008 |
| Re: | 07-cv-00031, Order for Entry of Default as to Defendant David Kirk Lorenzen |

Attached is a copy of the Order for Entry of Default as to Defendant David Kirk Lorenzen entered by Senior Judge Richard P. Matsch today.

Page 1 of 2 pages