IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 8 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00031-RPM

DARCY LEE HOLM and
DONNA MARIE HOLM,

    Plaintiffs,

v.

DAVID KIRK LORENZEN and
THE VAIL CORPORATION,
d/b/a VAIL ASSOCIATES, INC., jointly and severally,

    Defendants

---

## ORDER GRANTING MOTION TO DISMISS

---

    Upon consideration of plaintiffs' Unopposed Motion to Dismiss Claims with Prejudice [70], filed on July 3, 2008, it is

    ORDERED that plaintiffs' motion to dismiss the following claims (as set forth in the complaint): FOUR (negligence, general), EIGHT (negligent hiring), incorporating that claim into Claim SEVEN, NINE (negligent misrepresentation resulting in financial loss), ELEVEN (concealment), incorporating that claim into Claim TEN, THIRTEEN (promissory estoppel), FOURTEEN (negligent infliction of emotional distress) and the following subclaims contained within Claim FIVE (negligence *per se*): all federal analogues to state statutes cited, third degree assault, harassment, child abuse, obscenity, prostitution, promoting sexual immorality, indecent exposure, providing sexually explicit materials harmful to children, false imprisonment, first degree kidnapping, unlawful sexual contact, and sexual assault is granted

    DATED: July 18, 2008

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge