IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-cv-00031-RPM

DARCY LEE HOLM and
DONNA MARIE HOLM,

    Plaintiffs,

v.

DAVID KIRK LORENZEN and
THE VAIL CORPORATION, d/b/a VAIL ASSOCIATES,

    Defendants.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on July 21, 2008, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 30th day of July, 2008.

                            BY THE COURT:

                            Richard P. Matsch, Senior District Judge
                            United States District Court

APPROVED AS TO FORM:

_____          _____
ATTORNEY FOR PLAINTIFFS       ATTORNEY FOR DEFENDANT