IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00031-RPM

DARCY LEE HOLM and
DONNA MARIE HOLM,

    Plaintiffs,

v.

DAVID KIRK LORENZEN and
THE VAIL CORPORATION,
d/b/a VAIL ASSOCIATES, INC.,

    Defendant.

_____

ORDER OF CERTIFICATION UNDER FED.R.CIV.P. 54(b)
_____

    Judgment was entered in favor of the defendant The Vail Corporation d/b/a Vail Associates, Inc., on July 30, 2008, pursuant to the Court's rulings and the jury verdicts. The plaintiffs Darcy Lee Holm and Donna Marie Holm filed a motion for new trial which has been denied. The other defendant, David Kirk Lorenzen, was declared in default by this Court's order of July 18, 2008. The trial was limited, therefore, to the plaintiffs' claims solely against the defendant The Vail Corporation. The plaintiffs filed a motion for default judgment against the defendant Lorenzen and seek to prove damages based on the testimony and exhibits received at the jury trial on the claims against Vail. The defaulting defendant, David Lorenzen, is entitled to a hearing on damages and may present evidence in contradiction of the plaintiffs' claims. The defendant Lorenzen is not represented by counsel. Because the claims against The Vail Corporation have been fully adjudicated and are separate and independent from the claims against defendant Lorenzen, there is no just reason for delay in making the judgment for the

defendant The Vail Corporation final and appealable under the provisions of Fed.R.Civ.P. 54(b) and it is now

ORDERED that the judgment entered in favor of the defendant The Vail Corporation d/b/a Vail Associates, Inc., and against the plaintiffs Darcy Lee Holm and Donna Marie Holm, entered July 30, 2008, is expressly made final and the Clerk of this court is directed to enter a final judgment pursuant to Fed.R.Civ.P. 54(b).

DATED: October 22nd, 2008

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge