IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00031-RPM

DARCY LEE HOLM and
DONNA MARIE HOLM,

    Plaintiffs,

v.

DAVID KIRK LORENZEN,

    Defendant.
_____

ORDER TO SUBMIT PROPOSED EVIDENCE TO BE PRESENTED AT HEARING
FOR DEFAULT JUDGMENT
_____

On July 18, 2008, this Court entered an order for entry of default as to Defendant David Kirk Lorenzen. The plaintiffs' claims against Defendant The Vail Corporation, d/b/a Vail Associates, Inc., went to trial and the judgment in favor of that defendant was appealed by notice of appeal on November 18, 2008. That appeal was resolved by a settlement on terms that have not been disclosed to this Court. On November 13, 2009, the plaintiffs supplemented a previously filed motion to set hearing to determine damages advising of the dismissal of the appeal. On June 10, 2010, the plaintiffs again moved to set a hearing to determine damages. That hearing will require the submission of evidence which the Defendant Lorenzen may dispute despite his default as to liability. To facilitate a hearing it is now

ORDERED that on or before July 3, 2010, the plaintiffs shall submit and serve on Defendant Lorenzen a statement setting forth the amount of damages claimed by each

1

of the plaintiffs and an itemization of the evidence to be produced at the hearing in a statement of claims comparable to that submitted in a pretrial order.

DATED: June 22nd, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge