IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00031-RPM

DARCY LEE HOLM and
DONNA MARIE HOLM,

  Plaintiffs,

v.

DAVID KIRK LORENZEN,

  Defendant.

_____

ORDER FOR JUDGMENT BY DEFAULT
_____

  By his default David Kirk Lorenzen has admitted liability for claims of assault, battery and false imprisonment in the plaintiffs' complaint. Some claims were voluntarily dismissed on the motion filed by plaintiffs on July 3, 2008. The admitted claims arise from the events occurring on January 7, 2006 at Vail, Colorado, during a paid private ski lesson arranged by Donna Holm, mother of Darcy Holm, then seventeen years old. Lorenzen had a long standing relationship with them during ski vacations, generating a feeling of trust and confidence. Lorenzen abused that trust by taking Darcy Holm to his apartment, giving her alcohol and raping her. The details of this injurious conduct are not necessary to describe in determining damages.

  Pursuant to court order, the plaintiffs on July 1, 2010 filed a statement of evidence to be presented at a hearing on damages, sending a copy to Lorenzen at his address of record. The notice referred to claims of negligence, negligent misrepresentation, fraud, negligent infliction of emotional distress and breach of fiduciary duty but those claims are considered surplusage.

  The notice stated an intention to claim economic losses of lost earnings to Darcy Holm,

and the costs of ten years of ski lessons of approximately $88, 000 for Donna Holm.

By order entered on July 19, 2010, this court set a hearing to determine damages for October 1, 2010 at 2:00 p.m. Notice was sent to Lorenzen at his address of record. He did not appear. Darcy Holm and Donna Holm testified. Doris Shriver, a retained occupational therapist gave opinion testimony and her report of assessment, dated September 28, 2007 (Ex. 97) was the only exhibit received.

In this Court's view Donna Holm has no recoverable damages for personal injury to her daughter. The economic losses claimed for Darcy Holm are too speculative to be awarded as damages.

The non-economic damages are determined according to C.R.S. § 13-21-102.5 for pain and suffering, inconvenience , emotional stress and impairment of quality of life. There is ample evidentiary support for the claim of $350,000 for Darcy Holm made in the plaintiffs' notice. That amount is within the statutory limit, adjusting for inflation by the Colorado Secretary of State on August 25, 2009.

Upon the forgoing, it is

ORDERED that judgment will enter for the award of $350,000 for damages to the plaintiff Darcy Holm to be paid by the defendant David Kirk Lorenzen and dismissing the damages claim of the plaintiff Donna Marie Holm.

DATED: October 18th, 2010

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge