IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00031-RPM

DARCY LEE HOLM and
DONNA MARIE HOLM,

     Plaintiffs,

v.

DAVID KIRK LORENZEN,

     Defendant.

_____

ORDER FOR ENTRY OF AMENDED JUDGMENT
_____

     Pursuant to the motion to amend judgment [153] filed on October 27, 2010, and the supplement to the motion [154] filed on October 28, 2010, it is

     ORDERED that an amended judgment will enter for the award of $526,045.00, including statutory interest, for damages to the plaintiff Darcy Holm.

     DATED: October 29th, 2010

                                       BY THE COURT:

                                       s/Richard P. Matsch
                                       _____
                                       Richard P. Matsch, Senior Judge